[No. 52918-8-I. Division One. May 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC DANIEL RUPP, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00363-2, Larry E. McKeeman, J., entered August 11, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53063-1-I. Division One. May 31, 2005.]

THE CITY OF BOTHELL, *Respondent*, v. ERIC D. NOLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01124-8, Kenneth M. Comstock, J. Pro Tem., entered June 20, 2003. *Reversed* by unpublished per curiam opinion.

[No. 53069-1-I. Division One. May 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. COZEN ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00918-7, Harry J. McCarthy, J., entered August 25, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Appelwick, J.

[No. 53424-6-I. Division One. May 31, 2005.]

GERALD ROSE, *Appellant*, v. WASHINGTON CONFERENCE OF SEVENTH DAY ADVENTISTS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-08833-3, Terence Lukens, J., entered November 26, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Appelwick, J.